CLERK, U.S. DISTRICT COURT
JAN 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. TOBAN, | No. CV 04-2725-PSG(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| ANTHONY HEDGPETH (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 1/4/07

PHILIP S. GUTIERREZ
United States District Judge